IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-2582-RPM

NICHOLAS SYSTEMA, a minor, by and through his parents,
JACK AND REBECCA SYSTEMA,

      Plaintiff,

v.

ACADEMY SCHOOL DISTRICT NO. 20,

      Defendant.

---

ORDER SETTING STATUS CONFERENCE

---

On April 26, 2004, this court directed Administrative Law Judge Robert W. Thompson, Jr. to certify and deliver the complete administrative record from Case No. ED 2003-06, IN THE MATTER OF NICHOLAS SYSTEMA, by and through his parents, JACK AND REBECCA SYSTEMA, Appellant v. COLORADO SPRINGS SCHOOL DISTRICT NO. 20, Appellee. When the record was not received by August 5, 2004, this court issued an order requiring the ALJ to deliver the record or show cause as to why he should not be held in contempt for failing to do so. On August 10, 2004, the ALJ filed a "Certificate of Record." On that same date, this court received the following:

1. Five volumes of transcripts of the Due Process hearing held on January 27-30, 2003, and February 4, 2003, in Case No. L2002:128, before Hearing Officer Fred B. Adam.

2. One transcript of the hearing held on August 27, 2003, before Administrative Law Judge Robert W. Thompson, Jr. in Case No. ED 2003-06.

3. A file folder containing nine pleadings and other documents from Case No. ED 2003-06, as listed in the Certificate of Record.

4. One expandable envelope-type folder containing various pleadings from Case No. L2002:128, and an audio tape labeled, "Systema v. Academy Distr. #20 Pre-hearing conference 1/13/03."

5. Video tape marked as Exhibit I-1, labeled "Nightline 3/09/01, To Find the Words."

6. Video tape, also marked as Exhibit I 1, labeled "Nicholas and Sammy 50 min."

7. Book marked as Exhibit J-1, "Educating Children with Autism," National Research Council (National Academy Press 2001).

The plaintiff has requested that this court confirm the completeness of the administrative record. The plaintiff's request states, "To the best knowledge of the Plaintiff, the Administrative Record delivered to the Court did not include the Exhibit binders containing evidence in this case." (Pl.'s request ¶ 7).

The court cannot confirm that it has received the entire administrative record. Accordingly, it is

ORDERED that a conference for the purpose of discussing the status of the Administrative Record will be held on November 10, 2005, at 2:00 P.M. in the Conference Room,

Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  It is

FURTHER ORDERED that all future pleadings should reflect that the defendant's correct legal name is Academy School District No. 20.

Dated:  October 24, 2005

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge