IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-2582-RPM

NICHOLAS SYTSEMA, a minor, by and through his parents,
JACK AND REBECCA SYTSEMA,

      Plaintiff,

v.

ACADEMY SCHOOL DISTRICT NO. 20,

      Defendant.

---

## ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

---

Judgment in this action was entered on June 7, 2006, pursuant to this court's

Memorandum Opinion and Order of that date.  On June 19, 2006, the plaintiff moved pursuant to

Fed. R. Civ. P. 59(e) to alter or amend the judgment, arguing that this court should reevaluate its

denial of the plaintiff's claim for reimbursement of costs and expenses for the 2002-03 school

year.  The plaintiff's motion to alter or amend the judgment reiterates legal arguments previously

made by the plaintiff and considered by the court in its Memorandum Opinion and Order.

Accordingly, it is

      ORDERED that the plaintiff's motion to alter or amend the judgment is denied.

      Dated: June 22, 2006

                            BY THE COURT:


                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge