IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-02582-RPM

NICHOLAS SYTSEMA, a minor, by and through his parents,
JACK AND REBECCA SYTSEMA,

        Plaintiff,

v.

ACADEMY SCHOOL DISTRICT NO. 20,

        Defendant.

## ORDER DENYING MOTION FOR ATTORNEYS' FEES

On June 30, 2006, counsel for the plaintiff filed a Motion for Attorneys' Fees with a supporting affidavit.  The defendant filed an opposition brief on July 24, 2006.  The motion does not comply with the requirements of D.C.COLO.LCivR 54.3B and is denied because there is no detailed description of the services rendered.  The plaintiff has also filed a notice of appeal, appealing that portion of this Court's judgment which denied relief for the 2002-2003 school year.  Because the outcome of that appeal will be relevant to the question of the recovery of attorneys' fees, it is prudent to defer any further proceedings on the question of an award of attorneys' fees until the appeal is determined.  It is therefore

ORDERED that the Motion for Attorneys' Fees is denied, subject to renewal after determination of the pending appeal.

Dated: July 31st, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge