IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-02582-RPM

NICHOLAS SYTSEMA, a minor, by and through his parents,
JACK AND REBECCA SYTSEMA,

       Plaintiff,

v.

ACADEMY SCHOOL DISTRICT NO. 20,

       Defendant.

---

ORDER GRANTING MOTION FOR STAY

---

Upon consideration of the Stipulated Motion for Stay of Judgment Pending Appeals without Posting Supersedeas Bond (Doc. #50), filed on August 7, 2006, it is

ORDERED that the motion is granted.

Dated: August 7, 2006

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge