IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-02582-RPM

NICHOLAS SYTSEMA, a minor, by and through his parents,
JACK AND REBECCA SYTSEMA,

        Plaintiff,

v.

ACADEMY SCHOOL DISTRICT NO. 20,

        Defendant.

---

ORDER FOR STATUS REPORT

---

        During the conference after remand on October 23, 2008, this Court ordered counsel to notify the Court by November 24, 2008, regarding settlement. Nothing has been filed since that conference and it is now

        ORDERED that on or before February 13, 2009, the parties shall file a status report.

        Dated:    February 3rd, 2009

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge