IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.: 03-cv-02582-RPM

NICHOLAS SYTSEMA, a minor, by and through his parents,
JACK AND REBECCA SYTSEMA,

Plaintiff,

v.

ACADEMY SCHOOL DISTRICT NO. 20,
Defendant.
_____

ORDER RE: JOINT STIPULATION FOR DISMISSAL, WITH PREJUDICE
_____

Upon consideration of the parties' Joint Stipulation for Dismissal, With Prejudice [100], it is

ORDERED that this matter is dismissed, with prejudice.

DATED: March 10th, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge